UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH B. WILLS,

    Plaintiff,

v.                                              4:05cv381-WS

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 73) docketed January 15, 2008. The magistrate judge recommends that the defendant's motion for summary judgment be granted. The plaintiff has filed objections (doc. 74) to the report and recommendation.

    The court having considered the record in light of the plaintiff's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 73) is ADOPTED and incorporated by reference into this order.

    2. The defendant's motion for summary judgment (doc. 60) is GRANTED.

    3. The plaintiff's revised motion for partial summary judgment (doc. 70) is DENIED.

3.  The clerk shall enter judgment in the defendant's favor on all claims.

DONE AND ORDERED this <u>  27th  </u> day of <u>    March    </u>, 2008.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE